UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CADEDRA REED,**

      Plaintiff,

v.                                          Case No: 8:23-cv-389-MSS-MRM

**CELLCO PARTNERSHIP,**

      Defendant.

_____

**ORDER OF DISMISSAL**

On June 8, 2023, the Parties filed a Joint Notice of Settlement, informing the Court that the above-captioned case was settled. (Dkt. 21) Therefore, it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorneys' fees and costs associated with this matter. The Clerk is directed to terminate any pending motions and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 12th day of June 2023.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any pro se party